JS - 6

**FILED: 8/17/12**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL DUFFUS ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SCHNEIDER NATIONAL CARRIERS, ) <br> INC. ) <br> Defendants. ) <br> _____) | CASE NO. CV 11-7445 GHK (JCGx) <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FORTY-FIVE (45) DAYS**, to reopen the action if settlement is not consummated.

Dated: 8/16/12

GEORGE H. KING
United States District Judge